UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL MOTORS CORPORATION, )<br>a Delaware corporation, )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>CADILLAC CITY, INC., )<br>a Massachusetts corporation, )<br>)<br>*Defendant*. )<br>) | CIVIL ACTION NO. |

## GM'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff General Motors ("GM") respectfully moves this Court for a Preliminary Injunction restraining and enjoining defendant Cadillac City, Inc. (hereinafter "Defendant") from (1) misappropriating GM's world-famous trademark CADILLAC® in the Internet domain name CADILLACCITY.COM where Defendant operates a website, (2) misappropriating GM's world-famous trademark CADILLAC® in Defendant's business name "Cadillac City, Inc." and in Defendant's logo as depicted below, and (3) using a logo that is a counterfeit of and confusingly similar to the world-famous CADILLAC LOGO® as depicted below:

| | |
|---|---|
| GM's USPTO Registration Nos. 1570808 and 1745650 | *Cadillac* |
| Defendant's Logo that knockoffs GM's CADILLAC LOGO® |  |
| Defendant's signage that violates GM's trademark rights | |

This Motion is supported by the Verified Complaint and Exhibits thereto, and the Memorandum in Support of Motion for Preliminary Injunction filed concurrently herewith.

Dated: SEPTEMBER 2, 2004

BANNER & WITCOFF
Peter D. McDermott (BBO # 330760)
Thomas P. McNulty (BBO # 654564)
28 State Street
28th Floor
Boston, MA 02109
Telephone: (617) 720-9600

HOWARD, PHILLIPS & ANDERSEN
Gregory D. Phillips
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 366-7471

*Of Counsel:*

CHARLES H. ELLERBROCK
**GENERAL MOTORS CORPORATION**
300 Renaissance Center
Detroit, Michigan 48265-3000
(313) 665-4709

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by forwarding a copy to the process server for service with the verified complaint.

Date: SEPT. 2, 2004

-3-