UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

GENERAL MOTORS CORPORATION,  )
a Delaware corporation,      )    CIVIL ACTION NO.
                             )    04C 11926 REK
    *Plaintiff,*          )
                             )
vs.                          )
                             )
CADILLAC CITY, INC.,         )
a Massachusetts corporation, )
                             )
    *Defendant.*         )
                             )

---

**CORPORATE DISCLOSURE STATEMENT OF GENERAL MOTORS CORP.
PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 of this Court, plaintiff General Motors Corp. ("General Motors") hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of the stock of General Motors.

Respectfully submitted,

Dated: SEPTEMBER 2, 2004

                /s/

BANNER & WITCOFF
Peter D. McDermott (BBO # 330760)
Thomas P. McNulty (BBO # 654564)
28 State Street
28th Floor
Boston, MA 02109
Telephone: (617) 720-9600

HOWARD, PHILLIPS & ANDERSEN

Gregory D. Phillips
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 366-7471

**_Of Counsel:_**

**CHARLES H. ELLERBROCK**
**GENERAL MOTORS CORPORATION**
300 Renaissance Center
Detroit, Michigan 48265-3000
(313) 665-4709

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by forwarding a copy to the process server for service with the verified complaint.

Date: Sept. 2, 2004