IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL MOTORS CORPORATION, )<br>a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CADILLAC CITY, INC., a )<br>Massachusetts corporation, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 04-11926 REK<br><br><br><br><br><br>Judge Robert E. Keeton |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in this case for Plaintiff, General Motors Corporation.

Respectfully submitted,

Date: 8 Sept. 2004

Peter D. McDermott, Esq., BBO # 330760
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, Massachusetts  02109
617-720-9600
617-720-9601 (fax)
pmcdermott@bannerwitcoff.com

Thomas P. McNulty, Esq., BBO # 654564
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, Massachusetts  02109
617-720-9600
617-720-9601 (fax)
tmcnulty@bannerwitcoff.com
Attorneys for Plaintiff
General Motors Corporation

1