UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**General Motors Corp.**
        **Plaintiff**

CIVIL

CASE NO. **04-11926-REK**

**V.**

**Cadillac City, Inc.**
        **Defendant**

## NOTICE

**Keeton, S.D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for **A hearing on motion for preliminary injunction on November 4, 2004** at **2:00** P.M. before Judge **Keeton** in Courtroom # **3** on the **3rd** floor.

TONY ANASTAS,
CLERK OF COURT

**9/14/04**
Date

By: **/s/ Karen Folan**
Deputy Clerk

**Notice mailed to:**

**(Notice of Hearing.wpd - 7/99)**                                                                                             **[kntchrgcnf.]**
                                                                                                                                **[ntchrgcnf.]**