# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL MOTORS CORPORATION, a Delaware corporation | ) ) ) ) |
| *Plaintiff,* | ) CIVIL ACTION NO. ) |
| vs. | ) 04 CV 11926 REK ) |
| CADILLAC CITY, INC. a Massachusetts corporation, | ) ) ) |
| *Defendant.* | ) ) |

## APPEARANCE OF COUNSEL

I, Edward F. George, Jr., hereby enter my appearance on behalf of the Defendant, Cadillac City, Inc. in the above captioned matter.

Edward F. George, Jr., Esq. (BBO#189160)
EDWARD GEORGE & ASSOCIATES
110 Florence Street, 2nd Floor
Malden, MA 02148
Telephone: (781) 322-7575

I certify that this Document has been served upon all Counsel of Record in Compliance with the F.R.C.P.