## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **GENERAL MOTORS CORPORATION,** | ) | |
| a Delaware corporation, | ) | **Civil Action No. 04-11926 REK** |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **CADILLAC CITY, INC.,** a | ) | |
| Massachusetts corporation, | ) | **Judge Robert E. Keeton** |
| | ) | |
| *Defendant.* | ) | |
| ———————————————————— | ) | |

## STIPULATION TO EXTEND TIME FOR FILING A RESPONSE AND REPLY TO MOTION FOR PRELIMINARY INJUNCTION

By agreement of counsel, the time for the filing of an answer by Cadillac City, Inc., to the Complaint filed herein by General Motors Corporation ("GM") and the time for the filing of an opposition by Cadillac City, Inc., to GM's Motion for Preliminary Injunction are extended to October 22, 2004.

Respectfully submitted,

Dated:  9-16-04

Thomas P. McNulty, Esq., BBO # 654564
Peter D. McDermott, Esq., BBO # 330760
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, Massachusetts  02109
617-720-9600
617-720-9601 (fax)
pmcdermott@bannerwitcoff.com

Attorneys for Plaintiff
General Motors Corporation

1

Dated: ___9·16·04___

*Edward F. George* — Signed with Authority

Edward F. George, Jr., Esq. BBO # 189160   Thomas P McNulty

EDWARD GEORGE & ASSOCIATES
110 Florence Street, Second Floor
P.O. Box 393
Malden, MA 02148
781-322-7575
781-322-1555 (fax)

Attorney for Defendant
Cadillac City, Inc.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served upon the Defendant Cadillac City, Inc., by delivering a copy of same by facsimile and first class mail to:

Edward F. George, Jr., Esq.
EDWARD GEORGE & ASSOCIATES
110 Florence Street, Second Floor
P.O. Box 393
Malden, MA 02148
781-322-7575
781-322-1555 (fax)

Dated: ___9·16·04___