AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The | District of | Massachusetts

General Motors Corporation

V.

Cadillac City, Inc.

### SUMMONS IN A CIVIL ACTION

04 11926 REK

CASE NUMBER:

TO: (Name and address of Defendant)

Cadillac City, Inc.
186 Monsignor O'Brien Highway
Cambridge, MA 02141

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter D. McDermott
Thomas P. McNulty
Banner & Witcoff, Ltd.
28 State Street - 28th Floor
Boston, MA 02109
617-720-9600

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

SEP 0 2 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE SEPTEMBER 3, 2004 | |
| NAME OF SERVER *(PRINT)* DAVID G. BEDUGNIS, SR. | TITLE CONSTABLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:   CADILLAC CITY, INC.
168 MONSIGNOR O'BRIEN HIGHWAY
CAMBRIDGE, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

XX Other (specify):   BY GIVING SAID COPIES IN HAND TO CHARLES KARYANS, PRESIDENT, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE, TOGETHER WITH COPIES OF THE CIVIL COVER SHEET, CATEGORY SHEET, FORM AO 120, CORPORATION DISCLOSURE STATEMENT, GM'S MOTION FOR PRELIMINARY INJUNCTION, AND GM'S MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $23.00 | SERVICES $25.00 | TOTAL $0.00 $48.00 |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. <br><br> Executed on **SEP 03 2004** 2:07 PM _Date_   _Signature of Server_ <br> DAVID G. BEDUGNIS, SR. / CONSTABLE/DISINTERESTED PERSON <br> ZROSCOE, BEDUGNIS & ASSOCIATES <br> 15 COURT SQUARE, SUITE 450 <br> BOSTON, MASSACHUSETTS  02108 <br> _Address of Server_ |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.