IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,** a Delaware corporation, *Plaintiff,* vs. **CADILLAC CITY, INC.,** a Massachusetts corporation, *Defendant.* | Civil Action No. 04-11926 REK<br><br>Judge Robert E. Keeton |

### PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE OF GREGORY D. PHILLIPS

Pursuant to Local Rule 83.5.3(b) of this Court, Peter D. McDermott, a member of the Bar of this Court who is a partner with the firm of Banner & Witcoff, Ltd., hereby moves for the admission to the Bar of this Court, *pro hac vice*, of Gregory D. Phillips, a member of the bar of the State of Utah. The affidavit of Gregory D. Phillips is attached hereto.

Page No. 1

Respectfully submitted,

Date: 9 Sept., 2004

*[signature]*

Peter D. McDermott, Esq., BBO# 330760
Thomas P. McNulty, Esq., BBO# 654564
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, MA 02109-1775
Tel: 617-720-9600
Fax: 617-720-9601
E-Mail:
pmcdermott@bannerwitcoff.com
tmcnulty@bannerwitcoff.com

Attorneys for Plaintiff
General Motors Corporation