IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,** a Delaware corporation, *Plaintiff*, vs. **CADILLAC CITY, INC.,** a Massachusetts corporation, *Defendant.* | Civil Action No. 04-11926 REK<br><br>Judge Robert E. Keeton |

## AFFIDAVIT AND CERTIFICATE OF GREGORY D. PHILLIPS

Gregory D. Phillips, first duly sworn, deposes and states as follows:

1. I am an attorney duly admitted to practice in the State of Utah. I am also admitted to practice before the United States District Court, District of Utah, and before the United States District of Court, Eastern District of Michigan. I am also admitted to practice before the United States Court of Appeals for the Fourth, Sixth, Eighth, Ninth, and Tenth Circuits.

2. I am a member of the Bar in good standing in every jurisdiction and court in which I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction or court. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. I am a partner with the firm of Howard, Phillips & Andersen. My office address is 560 E. 200 S., Suite 300, Salt Lake City, Utah 84102. The firm represents the plaintiff in the above-captioned action, and I respectfully request admission to the bar of this Court *pro hac vice*.

_____
Gregory D. Phillips

Sworn to before me this __8__ day of ~~June~~ 2004.
                                     Sept.

_Debra Buck_____
Notary Public

My Commission Expires:

3-16-08



DEBRA BUCK
Notary Public
State of Utah
My Comm. Expires Mar 16, 2008
540 East 200 South SLC UT 84102