IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,** a Delaware corporation, *Plaintiff*, vs. **CADILLAC, INC.,** a Massachusetts corporation, *Defendant.* | CIVIL ACTION NO. 04-11926 REK<br><br>Judge Robert E. Keeton |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in this case for Plaintiff, General Motors Corporation.

Respectfully submitted,

Date: 10/6/04

Gregory D. Phillips, Esq.
Howard, Phillips & Andersen
560 E., 200 S., Suite 300
Salt Lake City, Utah 84102
801-366-7707
801-366-7706 (fax)
gdp@hpalaw.com

1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by facsimile and Federal Express upon the defendant Cadillac City, Inc., by delivering a copy of same to:

> Edward F. George, Jr., Esq.
> EDWARD GEORGE & ASSOCIATES
> 110 Florence Street, 2nd Floor
> Malden, MA 02148
> Tel: 781-322-7575
> Fax: 781-322-1555

Date: October 6, 2004

1