UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 25  A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

GENERAL MOTORS CORPORATION,
a Delaware corporation,

       *Plaintiff,*

vs.

CADILLAC CITY, INC.,
a Massachusetts corporation,

       *Defendant.*

) CIVIL ACTION NO. 04 cv 11926 REK

## OPPOSITION OF CADILLAC CITY, INC. TO THE MOTION OF GENERAL MOTORS CORPORATION FOR PRELIMINARY INJUNCTION

Cadillac City, Inc. hereby opposes the Motion of General Motors Corporation for a Preliminary Injunction for the reasons stated in Cadillac City, Inc.'s Memorandum in Opposition to General Motors Corporation's Motion for Preliminary Injunction, the Affidavit of Charles Karyanis in Opposition to GM's Motion for Preliminary Injunction and the Affidavit of Edward F. George, Jr. in Opposition to GM's Motion for Preliminary Injunction.

In summary, General Motors Corporation has not made the necessary showing of any confusion or dilution of its alleged mark, nor of any irreparable harm to General Motors Corporation and General Motors Corporation has slept on its rights over thirty (30) years before instituting this lawsuit.

CADILLAC CITY, INC.

Dated: *October 22, 2004* By _____
Edward F. George, Jr., Esq (BBO# 189160)
EDWARD GEORGE & ASSOCIATES
110 Florence Street, 2nd Floor
P.O. Box 393
Malden, MA  02148
Tel. #:  781-322-7575

## CERTIFICATE OF SERVICE

I, Edward F. George, Jr., counsel for the Defendant, Cadillac City, Inc. hereby certify that service of a true copy of the foregoing **Opposition of Cadillac City, Inc. to the Motion of General Motors Corporation for Preliminary Injunction** has this day been made upon the Plaintiff, General Motors Corporation, by delivering copies thereof to its counsel of record, by Federal Express, as follows: Thomas P. McNulty, Esq. Banner & Witcoff, Ltd. 28 State Street, 28th Floor, Boston, MA. 02109 and to its co-counsel Gregory D. Phillips, Esq. Howard, Phillips & Andersen, 560 E., 200 S., Suite 300, Salt Lake City, Utah 84102.

Date _October 22, 2004_

_Edward F. George, Jr._