UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 OCT 25 A 11: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GENERAL MOTORS CORPORATION,<br>a Delaware corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>CADILLAC CITY, INC.,<br>a Massachusetts corporation,<br><br>*Defendant.* | ) <br> ) <br> ) CIVIL ACTION NO. 04 cv 11926 REK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT OF
## CADILLAC CITY, INC. PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3 of this Court, Defendant, Cadillac City, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Cadillac City, Inc.

CADILLAC CITY, INC.

Date: October 22, 2004   By _____
Edward F. George, Jr., Esq. (BBO# 189160)
EDWARD GEORGE & ASSOCIATES
110 Florence Street, 2nd Floor
P.O. Box 393
Malden, MA 02148
Tel. #: 781-322-7575

## CERTIFICATE OF SERVICE

I, Edward F. George, Jr., counsel for the Defendant, Cadillac City, Inc. hereby certify that service of a true copy of the foregoing **Corporate Disclosure Statement of Cadillac City, Inc. Pursuant to Local Rule 7.3** has this day been made upon the Plaintiff, General Motors Corporation, by delivering copies thereof to its counsel of record, by Federal Express, as follows: Thomas P. McNulty, Esq. Banner & Witcoff, Ltd. 28 State Street, 28th Floor, Boston, MA. 02109 and to its co-counsel Gregory D. Phillips, Esq. Howard, Phillips & Andersen, 560 E., 200 S., Suite 300, Salt Lake City, Utah 84102.

Date October 22, 2004

Edward F. George, Jr.