IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,** a Delaware corporation, <br><br> *Plaintiff*, <br><br> vs. <br><br> **CADILLAC CITY, INC.,** a Massachusetts corporation, <br><br> *Defendant*. | Civil Action No. 04-11926-REK <br><br><br><br><br> Judge Robert E. Keeton |

## GM'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 7.1(b)(3), plaintiff General Motors ("GM") moves this Court for leave to file the attached Reply Memorandum to address the arguments raised in Defendant Cadillac City's ("Defendant") Memorandum in Opposition to General Motors Corporation's Motion for Preliminary Injunction, including Defendant's laches argument. Counsel for GM has conferred with opposing counsel pursuant to Local Rule 7.1(a)(2) who does not oppose GM's Motion for Leave to File Reply provided Defendant is allowed until November 11, 2004 to file any reply thereto. The parties remain committed to attend the hearing on November 4, 2004 at 2:00 p.m. and argue their respective positions.

Dated:

BANNER & WITCOFF
Peter D. McDermott
Thomas P. McNulty
28 State Street
28th Floor
Boston, MA 02109
Telephone: (617) 720-9600

HOWARD, PHILLIPS & ANDERSEN
Gregory D. Phillips
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 366-7471

*Of Counsel:*

CHARLES H. ELLERBROCK
**GENERAL MOTORS CORPORATION**
300 Renaissance Center
Detroit, Michigan 48265-3000
(313) 665-4709

## CERTIFICATE OF SERVICE

I, Peter D. McDermott., counsel for the Plaintiff, General Motors Corporation, hereby certify that service of a true copy of the foregoing **GM's Unopposed Motion For Leave To File Reply Memorandum In Support Of Motion For Preliminary Injunction**, along with a copy of the [Proposed] Order Granting GM's Unopposed Motion For Leave To File Reply Memorandum In Support Of Motion For Preliminary Injunction has this day been made upon the Defendant, Cadillac City, Inc., by delivering copies thereof to its counsel of record, by facsimile and Federal Express, as follows:

Edward F. George, Jr., Esq.
EDWARD GEORGE & ASSOCIATES
110 Florence Street, 2nd Floor
Malden, MA 02148
Tel: 781-322-7575
Fax: 781-322-1555

Date: 29 October 2004   _____

2