# Cadillac City Inc.

186 MSGR. O'BRIEN HWY. CAMBRIDGE, MA 02141

TEL: 617-547-0692                                             FAX: 617-864-4228

June 8, 2004

General Motors Corporation
Legal Staff
300 Renaissance Center
PO Box 300
Detroit, MI 48265-3000

ATTN: Charles Ellerbrock
RE: GM Corporate Trademarks

Dear Mr. Ellerbrock,

Cadillac City received your letter regarding the "use" of the GM CADILLAC brand name by our company. If you could provide us with specific examples of our usage of the CADILLAC brand, we would greatly appreciate it.

Thank you,

Charles Karyanis
President/ Cadillac City Inc.