UNITED STATES ISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

**GENERAL MOTORS CORPORATION**
a Delaware corporation,

*Plaintiff,*

vs.    CIVIL ACTION NO. 04 cv 11926 REK

**CADILLAC CITY INC.,**
A Massachusetts corporation,

*Defendant.*

---

## SUPPLEMENTAL AFFIDAVIT OF CHARLES KARYANIS IN OPPOSITION TO GM'S MOTION FOR PRELIMINARY INJUNCTION

I, Charles Karyanis of 4 Hutchinson Lane, Quincy, MA, under oath, hereby depose and say as follows:

1. When I had the phone conversation, in approximately 1996, referred to in paragraph 8 of my affidavit dated 10/24/04, the person I spoke with did identify himself as a member of the General Motors Legal Department. I do not remember the name of that person, but it was not the same person from GM who contacted me in 2004.

2. In 1996 the GM Legal Department at first claimed that I was infringing on their trademark by using the name Cadillac City. I replied that I was incorporated since 1974 under that name, I would not give it up, but I would sell it if they were interested. In fact, I had been doing business at our present location at 186 Msgr. O'Brien Hwy. under the name Cadillac City, but was mistaken about the year of incorporation of Cadillac City Inc. which was actually 1979. In any event GM said they were not interested in buying the name "Cadillac City," but they wanted me to take down the "Crest" from our signage, which I did, leaving the signs to simply say "Cadillac City," as they have since at least 1974.

3. When I received the letter dated May 25, 2004 from Mr. Ellerbrock, I said to myself, "We have already gone through this- in the 1990's they wanted me to take the Crest off the sign and I did." So when Mr. Ellerbrock called me after I received that letter I asked him, "How am I in violation?" That is also why I wrote my letter to him dated

June 8, 2004, asking Mr. Ellerbrock to " provide us with specific examples of our usage of the CADILLAC Brand."

4. I have dealt with GM authorized Cadillac new car dealers in the New England area for over twenty years. These include Frost Cadillac in Newton, Ma; Olsen Cadillac in Woburn, Ma; Colonial Cadillac in Danvers, Ma; Cadillac Oldsmobile of Boston, Ma; Patkin Cadillac in Medford, Ma; Norwood Cadillac, and other such dealers in MA, RI, NH, CT, NY. I have bought and sold many different brands of used cars with these dealer's. They have always known our company name to be "Cadillac City, (Inc)" None of these dealer's have ever been confused about whether or not "Cadillac City, (Inc)" is or was an authorized GM dealer- they know we are not. To the best of my knowledge, information and belief none of these dealer's have ever complained about our use of the name "Cadillac City, (Inc)"

5. During the late 70's and early 80's the GM Cadillac representative frequently visited Boston Cadillac on Commonwealth Avenue, (now closed), and Patkin Cadillac in Medford, Ma (also closed) and, on information and belief, the representative drove past our place of business where the "Cadillac City" signs have always been prominently in place at 186 Msgr. O'Brien Hwy. During that time the major highway system in Boston was very different from what it is today and Msgr. O'Brien Hwy. was the most logical route between Boston Cadillac in Boston and Patkin Cadillac in Medford.

6. I resent being called a thief by GM's counsel. When I bought this business in 1974, it was called "Cadillac City". I simply continued the use of the name used by Floyd Ford, the former owner, as pointed out in my earlier affidavit. "Cadillac City" is how my customer's, 90% of whom are other dealers, identify our used car business which involves the purchase and sale of used cars, 99% of which are brands other than Cadillac cars. I have never intended to misuse or misappropriate any trademark of GM Corporation.

7. I have known for a long time that other auto related businesses use the word "Cadillac" and I have never believed that they or I were infringing on any GM Corporation trademark. For example please see the four pages of printout from the website "cadillactruck.com" in which they say that "Cadillac Truck Service" was started in 1975 attached as Exhibit 1 and the two pages of printout from the website "cowboycadillac.com" attached as Exhibit 2.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 2nd DAY OF NOVEMBER, 2004.

_____
Charles Karyanis

## CERTIFICATE OF SERVICE

      I, Edward F. George, Jr., counsel for the Defendant, Cadillac City, Inc. hereby certify that service of a true copy of the foregoing **Supplemental Affidavit of Charles Karyanis In Opposition to GM's Motion for Preliminary Injunction** has on November 3, 2004 been made upon the Plaintiff, General Motors Corporation, by delivering copies thereof to its counsel of record, by fax, as follows: Thomas P. McNulty, Esq. Banner & Witcoff, Ltd. 28 State Street, 28th Floor, Boston, MA. 02109 at Fax # 617-720-9601 and to its co-counsel Gregory D. Phillips, Esq. Howard, Phillips & Andersen, 560 E., 200 S., Suite 300, Salt Lake City, Utah 84102 at Fax # 801-366-7706 and on November 4, 2004 will be delivered to each by hand at Court.

Date  11-3-04

Edward F. George, Jr.