

  

ABOUT US

PARTS
SERVICE
ASPHALT TRAILERS
SNOWPLOWS/HITCHES
VEHICLES/TRAILERS FOR SALE

Cadillac Truck Service was started in February of 1975, by Rich and B Bosscher. The company initially rented space, but quickly outgrew it. decision was made in 1979 to build a facility at the present location. T original building was considerably smaller than what stands today. In fact, on moving day, the entire parts department, including shelving, moved in one load in the back of a pickup truck!

The business continued to grow and div it wasn't long before more room was ne subsequent additions added three bays more to the building, bringing it to its p size. Cadillac Truck Service now employ than 40 people.

Our legacy is one of quality and excelle we strive every day to provide the best all of our customers.

Owner: Rich Bosscher
richb@cadillactruck.com

General Manager: Tim Johnson
timj@cadillactruck.com

Parts Manager: Kerwin Wondergem
kerwinw@cadillactruck.com

Shop Foreman: Chad Mattson
chadm@cadillactruck.com

Purchasing Agent: Lynn Mulder
lynnm@cadillactruck.com



Cadillac Truck Service, Cadillac, Michigan

### OUR COMPANY MISSION

To build and maintain a team of people that leads the industry in providing top quality service at a competitive cost in a highly ethical manner.

Directions and Map to Cadillac Truck Service

**From the South:** Take US 131 north to the Cadillac, M-55 exit (2nd), turn left on M-55, take the first right (Crosby Road). Follow about three miles (makes a hard left) to the traffic light. Go straight through the light about two miles, look for a sign on

    

VEHICLES / TRAILERS FOR SALE

Cadillac Truck Service is an expert in over-the-road boat transport trailers. been involved in the boat transportation industry for over 25 years. We car anything from modifying an existing trailer to building a new trailer capable a 50 ft. boat.

We also buy and sell used boat transport trailers. Check out our current lis! good used trailers or contact us for more information.

Information coming soon!

Email this page to a friend

NOTE: Although we attempt to keep inventories current, we cannot guarantee that featured items will still be available for sale. Tc please contact us.

|   |   |   |   |   |   |

**Cadillac Truck Service**
4675 S 39 Road, PO Box 304, Cadillac, MI 49601
Phone: (231) 775-8471 - Fax: (231) 775-9533 - Toll Free: (800) 654-1032 - Email: info@cadillactruck.
Hours: M-F 7:30 am - 9:00 pm, Sat 7:30 am - Noon

©2003 Cadillac Truck Service, Inc. All Rights Reserved.                    Site Development/Hostii

the right hand side of the road for Cadillac Truck Service, turn right at the sign (39-1/2 Road). We are the second place on the right.

**From the North:** US-131 to the M-55 exit (2nd). Follow above directions.

**From the Northwest:** M-115 to 13th Street. There is a traffic light at 13th Street, it will be just before the railroad crossing. Turn left on 13th, go two miles to the 2nd road that you can turn left on (39-1/2 Road). There is a sign on the corner for Cadillac Truck Service. Turn left, we are the second place on the right.



| Parts | Service | Asphalt Trailers | Snowplows & Hitches | Vehicles/Trailers for Sale

**Cadillac Truck Service**
4675 S 39 Road, PO Box 304, Cadillac, MI 49601
Phone: (231) 775-8471 - Fax: (231) 775-9533 - Toll Free: (800) 654-1032 - Email: info@cadillactruck.

Hours: M-F 7:30 am - 9:00 pm, Sat 7:30 am - Noon

©2003 Cadillac Truck Service, Inc. All Rights Reserved.    Site Development/Hosti




Cadillac Truck Service, Inc. is a full service heavy duty truck and trai repair facility and parts retailer located in Cadillac, Michigan.

SERVICE
ASPHALT TRAILERS
SNOWPLOWS/HITCHES
VEHICLES/TRAILERS FOR SALE

Cadillac Truck Service has several specialty facilities and services including an engine shop, radiator repair, drive shaft service, and he duty truck alignments. Cadillac Truck Service also specializes in repa asphalt trailer belts and chains.

Email Us:
info@cadillactruck.com

Our         is stocked with a complete line of truck parts.



Cadillac Truck Service maintains and repairs motor home rv's, school buses, and various other heavy equipment.



Our service department will get you back on the road now

Sno-Way Snowplows

>>> HARD TO FIND PARTS <<<

Cadillac Truck Service is certified by the State of Michigan for Third Party Testing of automobiles and motorcycl have three examiners for auto and two for cycle, so test times are readily available. Call or email the office tod up an appointment.

Owner: Rich Bosscher
richb@cadillactruck.com

General Manager: Tim Johnson
timj@cadillactruck.com

Parts Manager: Kerwin Wondergem
kerwinw@cadillactruck.com

Shop Foreman: Toby Beard
tobyb@cadillactruck.com

Purchasing Agent: Lynn Mulder
lynnm@cadillactruck.com



|    |    | | Service | Asphalt Trailers | Snowplows & Hitches | Vehicles/Trailers for Sa

**Cadillac Truck Service**