

- *ontact Us*
- *HE )*
- *ycle ailers*
- *-Store*
- *DUCATION*
- *inance*
- *ORD*
- *REIGHTLINER*
- *MC*
- *raphics*
- *AULERS*
- *auler Bed*
- *osting eb*
- *NTERNATIONAL*
- *nsurance*
- *NVENTORY*
- *ennel*
- *NWORTH*
- *imo's*
- *otorHomes*



### E-Mail For Pricing Info

**MAILING ADDRESS AND FAX NUMBER**

## Why Purchase a Cowboy Cad

Reason to consider a Cowboy Cadillac: Titled and registered a Cowboy Ca several reasons.

- **R.V. Insurance**
- **Financing**
- **Resale Value**

### Insurance:

If the conversion is not List RV N.A.D.A. Book the only asset value will be fo

- *(illegible)*
- *RV's*
- *rental*
- *terling*
- *ofer omes*
- *sed rucks*
- *arranty*
- *acht ales*

The truck chassis is listed as a commercial unit. That means the conversion value the day it was purchased. To insure this type unit you will have to pay policy.

Cost of insures can be much higher if the unit is insured under "Agreed Valu RV policy. If you choose to save a few dollars and not insure the unit unde provision, the insurer only required to replace the chassis. The conversio

## Financing / Resale Value

The Cowboy Cadillac conversion will retain an 85% or better at resale. If it i or other brand listed in the R. V. N.A.D.A. Book your conversion will have a

Many companies build conversions. These conversion have (ZERO) asset valu the N.A.D.A. Appraisal or any other appraisal format

Would you purchase ENRON stock the day after the stock crashed? Of cours no name conversion! You may save a few thousand now and lose many thous conversion!

## Please contact us with questions.

*(illegible address lines)*

Copyright © 1995-2003 COWBOY CADILLAC All Rights Rese
Designated trademarks and brands are the property of
their respective owners.
Use of this Web site constitutes acceptance of the
Cowboy Cadillac **User Agreement**, **Privacy Policy** and

** Plus New or Used Chassis

*** New Prevost / MCI Shell and Conversion!