IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL MOTORS CORPORATION, a Delaware corporation, <br><br> *Plaintiff,* <br><br> vs. <br><br> CADILLAC CITY, INC., a Massachusetts corporation, <br><br> *Defendant.* | Civil Action No. 04-11926 REK <br><br> **Judge Robert E. Keeton** |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE SCHEDULED FOR NOVEMBER 30, 2004

Plaintiff General Motors ("GM") and defendant Cadillac City, Inc. jointly move this Court to continue the status conference currently scheduled for November 30, 2004 at 11:00 a.m. on the grounds that the parties have been diligent in conducting settlement and have made substantial progress in resolving this matter and believe that they have reached a settlement in principle. Certain issues remain that the parties need to address. The parties believe that they need an additional three weeks to address these remaining issues and finalize the settlement agreement. Accordingly, the parties request that the Court reschedule the status conference for at least an additional three weeks, and reschedule the status conference sometime on or after December 27, 2004.

Dated:

BANNER & WITCOFF
Peter D. McDermott
Thomas P. McNulty
28 State Street
28th Floor
Boston, MA 02109
Telephone: (617) 720-9600

                    HOWARD, PHILLIPS & ANDERSEN
                    Gregory D. Phillips
                    560 E. 200 South, Suite 300
                    Salt Lake City, Utah 84102
                    Telephone: (801) 366-7471

**_Of Counsel:_**

CHARLES H. ELLERBROCK
**GENERAL MOTORS CORPORATION**
300 Renaissance Center
Detroit, Michigan 48265-3000
(313) 665-4709
*Attorneys for General Motors*


Dated:                        _Edward F. George - By [signature] Thomas P. McNulty_
                            EDWARD GEORGE & ASSOCIATES
                            Edward F. George
                            110 Florence Street, 2nd Floor
                            P.O. Box 393
                            Malden, MA 02148
                            Tel. #: 781-322-7575
                            *Attorneys for Cadillac City, Inc.*