# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**General Motors Corp.**                                   **CIVIL**
                          **Plaintiff**

                                                           **CASE NO.  04-11926-REK**

                **V.**


**Cadillac City, Inc.**
                          **Defendant**


## NOTICE OF HEARING


**Keeton, S.D.J.**

        **PLEASE TAKE NOTICE that the above-entitled case has been set for _____**

**_____ A status conference for January 6, 2005 _____** at  **11:00**  A.M. before

Judge  **Keeton**  in Courtroom #  **3**  on the  **3rd**  floor.

                                    **TONY ANASTAS,**
                                    **CLERK OF COURT**


    **11/29/04**                     **By:**    **/s/ Karen Folan**
        **Date**                               **Deputy Clerk**


**Notice mailed to:**


(Notice of Hearing.wpd - 7/99)                      [kntchrgcnf.]
                                                    [ntchrgcnf.]