UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,**<br>a Delaware corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>**CADILLAC CITY, INC.,**<br>a Massachusetts corporation,<br><br>*Defendant.* | CIVIL ACTION NO. 04 cv 11926 REK |

## AFFIDAVIT OF CHARLES KARYANIS IN OPPOSITION TO GM'S MOTION FOR PRELIMINARY INJUNCTION

I, Charles Karyanis of 4 Hutchinson Lane, Quincy, MA, under oath, hereby depose and say as follows:

1. On January 5, 2004, while searching for written communications which would substantiate the statements made in Paragraph 8 of my Affidavit dated October 21, 2004 and filed with this Court, my wife Susan Karyanis (in my presence) located an 8 ½ x 11 manila file, which had been misfiled in the office file cabinets at Cadillac City, Inc. and which contains the following documents:

   a. Letter dated March 14, 1995 addressed to Cadillac City, Inc. 186 Msgr. O'Brien Blvd., Cambridge, MA 02141, sent by certified mail from Timothy G. Gorbatoff, on the stationary of the Legal Staff of General Motors Corporation, with one page containing three (3) black and white photocopies of photographs of Cadillac City, Inc. as it appeared at or about that time, a true copy of which as I received it at that time is attached as Exhibit A.

   b. A copy of a letter (mis)dated March 21, 1994 from myself, Charles Karyanis, at Cadillac City, Inc., to Timothy G. Gorbatoff, Attorney, General Motors Corp. Legal Staff, P.O. Box 33114, Detroit, Michigan, 48232-5114 which says, in the first line, "we are in receipt of your March 14, 1995 letter to us," a true copy of which as I sent it in March of 1995 is attached as Exhibit B.

   c. Letter dated March 27, 1995 addressed to Mr. Charles Karyanis at Cadillac City (at the above address) from Timothy G. Gorbatoff again on the stationery of the

1

        General Motors Corporation's Legal Staff acknowledging that "you will be discontinuing use of the CADILLAC WREATH & CREST emblems in connection with your business." A true copy of said letter as I received it at that time is attached hereto as Exhibit C.

   d.   Notes made by Dick Penta, who was an employee of Cadillac City at that time, on the inside of the above referenced manila file folder which read as follows; "On 4/10/95 at 1:15 PM, (Dick Penta) called 313-974-1330 for Tim Gorbatoff and asked him to spell out what he wants" and "(on) 4/12/95 at 12:15 PM (Dick Penta) left voicemail message for Tim (Gorbatoff) to return call," a true copy of which is attached hereto as Exhibit D. Dick Penta's handwriting as contained in said notes is known to me as his former employer.

2.    Shortly thereafter, the phone conversation described in Paragraph 8 of my Affidavit dated October 21, 2004 occurred and, after further discussion with GM's legal counsel, I was left with the understanding that the matter was settled upon the removal of the Cadillac crest from our signage.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 6th DAY OF JANUARY, 2005.

                                       _____
                                         Charles Karyanis

## CERTIFICATE OF SERVICE

I, Edward F. George, Jr., counsel for the Defendant, Cadillac City, Inc. hereby certify that service of a true copy of the foregoing Affidavit of Charles Karyanis In Opposition to GM's Motion for Preliminary Injunction has this day been made upon the Plaintiff, General Motors Corporation, by hand-delivery in Court of copies thereof to its counsel of record, namely: Thomas P. McNulty, Esq. Banner & Witcoff, Ltd. 28 State Street, 28th Floor, Boston, MA. 02109 and to its co-counsel Gregory D. Phillips, Esq. Howard, Phillips & Andersen, 560 E., 200 S., Suite 300, Salt Lake City, Utah 84102.

Date January 6, 2005

_____
Edward F. George, Jr.

Exhibit A



**General Motors Corporation**
**Legal Staff**

Facsimile
(313) 974-0593

Telephone
(313) 974-1330

March 14, 1995

<u>**CERTIFIED MAIL**</u>

Cadillac City
186 Monsignor O'Brien Blvd.
Cambridge, MA 02141

Dear Sirs:

Re: **Your Unauthorized Use of CADILLAC and**
<u>**CADILLAC WREATH & CREST Emblem Trademarks**</u>

I have been advised that you are using our CADILLAC and CADILLAC WREATH & CREST Emblem trademarks in connection with your business. Attached as evidence of your use are photographs of your business signage.

CADILLAC and the CADILLAC WREATH & CREST Emblem are registered trademarks of General Motors Corporation. Only General Motors authorized dealers and General Motors trademark licensees are permitted to use our General Motors trademarks. According to General Motors personnel, you are not a Cadillac dealer or otherwise authorized to use the subject marks in connection with your business. Your display and use of our trademarks creates the false impression that your business is endorsed or sponsored by, or somehow affiliated with, General Motors and/or its Cadillac Motor Car Division.

This is to advise you that your use of our mark constitutes trademark infringement and is deceptive toward the public. We do not object to you engaging in the used car business, but we cannot allow you to confuse the consuming public into thinking you are authorized by General Motors and/or its Cadillac Motor Car Division.

General Motors has a legal obligation to police the use of its marks and to protect the public from being deceived or confused as to what the use of the marks means. Since you are not authorized by General Motors, we insist that you immediately discontinue using our trademarks and refrain from making any other representations which imply you are endorsed or authorized by General Motors to conduct business.

Cadillac City
March 14, 1995
Page 2


Please advise me <u>in writing within 14 days</u> that you will discontinue using our trademarks and comply with our requests.

Very truly yours,

Timothy G. Gorbatoff
Attorney

Attachment

TGG/dtg





Exhibit B

Cadillac City
186 Msgr. O'Brien Hgwy.
Cambridge  MA  02141
March 21, 1994
(617) 547-0692

General Motors Corp.
Legal Staff
Timothy G. Gorbatoff, Attorney
P.O. Box 33114
Detroit, Michigan  48232-5114

Dear Mr. Gorbatoff;

We are in receipt of your March 14, 1995 letter to us.

We had no knowledge that our signs were offensive to General Motors Corporation or that we were causing a problem.

Upon your advice, we will remove the Cadillac Wreath & Crest from our display signs attached to our building, and also on the pole sign.

We will engage the services of a sign painter and arrange for this to be done, in the near future.

Sorry for any inconvenience which this may have caused. We did not realize that we were doing anything wrong.

Sincerely,

Charles Karyanis

Exhibit C



**General Motors Corporation**
**Legal Staff**

Facsimile  
(313) 974-0593

Telephone  
(313) 974-1330

March 27, 1995

**CERTIFIED MAIL**

Mr. Charles Karyanis
Cadillac City
186 Monsignor O'Brien Blvd.
Cambridge, MA 02141

Dear Mr. Karyanis:

Re: <u>Unauthorized Use of CADILLAC Trademark</u>

This is in response to your letter dated March 21, 1995 regarding your unauthorized use of our CADILLAC and CADILLAC WREATH & CREST Emblem trademarks. Your letter indicates that you will be discontinuing use of the CADILLAC WREATH & CREST emblems in connection with your business. Please be aware that this must extend to all facets of your business, including not only signage, but also business cards, stationery, invoices, and advertisements.

Your letter makes no mention of discontinuing use of our CADILLAC trademark as part of your business name. As noted in my previous correspondence, because you are not authorized by General Motors to use the CADILLAC trademark, its continued usage in connection with your business constitutes trademark infringement.

We appreciate your removal of our CADILLAC WREATH & CREST emblem trademarks, but must insist that you also remove our CADILLAC trademark from your business name. We apologize for the inconvenience this will likely cause you, but utilizing our federally registered trademark in connection with the sale of motor vehicles is a direct infringement, one which creates a substantial likelihood of confusion, one which we cannot permit to continue.

Please advise me <u>in writing within 14 days</u> that you will discontinue using our CADILLAC trademark.

Sincerely,

Timothy G. Gorbatoff
Attorney

TGG:dmt

New Center One Building   3031 West Grand Boulevard   P.O. Box 33114   Detroit, Michigan   48232

Exhibit D

4/10/95    313-974-1330
1:15 pm
Called Tim Gorbatoff
Asked to spell out last
name

4/17/95
12:15 pm
Left voice mail
message
for Tim to return call