IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,**  )<br>a Delaware corporation,                      )<br>                                                              )<br>               *Plaintiff,*                               )<br>                                                              )<br>vs.                                                          )<br>                                                              )<br>**CADILLAC CITY, INC.,** a                      )<br>Massachusetts corporation,                 )<br>                                                              )<br>               *Defendant.*                           )<br>_____) | **Civil Action No. 04-11926 REK**<br><br><br><br><br><br><br>**Judge Robert E. Keeton** |

# JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE SCHEDULED FOR MARCH 16, 2005

Plaintiff General Motors ("GM") and defendant Cadillac City, Inc. jointly move this Court to continue the status conference currently scheduled for March 16, 2005 at 12:00 p.m. on the grounds that with the able assistance of Mediator Jeffrey Stern of Sugarman, Rogers, Barshak & Cohen the parties have made substantial progress in resolving this matter and believe that they have reached a settlement in principle contingent upon the parties ability to work with the City of Cambridge and various financial institutions to transition to a new name for Defendant. The parties believe that they need an additional four weeks to address these remaining issues and finalize and execute the settlement agreement. Accordingly, the parties request that the Court reschedule the status conference for at least an additional four weeks, and reschedule the status conference sometime on or after April 15, 2005. The parties understand that the Court has the dates of April 26th or 28th at 12:00 p.m. available, and would request that the Court continue the Status Conference to one of those dates.

Dated: March 10, 2005

*[signature]*
HOWARD, PHILLIPS & ANDERSEN
Gregory D. Phillips
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 366-7471

BANNER & WITCOFF
Peter D. McDermott
28 State Street
28th Floor
Boston, MA 02109
Telephone: (617) 720-9600

**Of Counsel:**

CHARLES H. ELLERBROCK
**GENERAL MOTORS CORPORATION**
300 Renaissance Center
Detroit, Michigan 48265-3000
(313) 665-4709
*Attorneys for General Motors*

Dated: March 10, 2005

*[signature]*
EDWARD GEORGE & ASSOCIATES
Edward P. George
110 Florence Street, 2nd Floor
P.O. Box 393
Malden, MA 02148
Tel. #: 781-322-7575
*Attorneys for Cadillac City, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon ~~(each party appearing pro se and)~~ the attorney of record for each ~~(other)~~ party by mail ~~(by hand)~~ on 3-10-05.

*[signature]*

2