UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL MOTORS CORPORATION,<br><br>                     Plaintiffs,<br><br>    v.<br><br>CADILLAC CITY, INC.,<br><br>                     Defendants, | Civil Action No. 04-11926 REK |

### ASSENTED T0 MOTION OF THOMAS P. MCNULTY TO WITHDRAW AS COUNSEL OF RECORD

Thomas P. McNulty hereby moves pursuant to Local Rule 83.5.2 to withdraw as counsel of record for plaintiff General Motors Corporation. The plaintiff is still represented by the remaining counsel of record, and therefore will not be prejudiced by the withdrawal.

Further, please remove Thomas P. McNulty from the Court's electronic notification system.

#### Local Rule 7.1 Certification

On March 21, 2005, the undersigned conferred with Plaintiff's counsel, Ed George, by telephone with respect to the instant motion. Plaintiff consented to the Motion.

Dated: March 21, 2005

Thomas P. McNulty, Esq. (BBO #654,564)

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a true copy of the above ASSENTED T0 MOTION OF THOMAS P. MCNULTY TO WITHDRAW AS COUNSEL OF RECORD to be served on __MARCH 21, 2005__ , upon counsel of record as follows:

**by first class mail, postage prepaid:**

Ed George
Ed George & Associates
110 Florence Street, 2nd Floor
Malden MA 02148

Peter McDermott
Banner & Witcoff, Ltd.
28 State Street, 28th Floor
Boston, MA 02109