IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **GENERAL MOTORS CORPORATION,** a Delaware corporation, | ) ) ) | Civil Action No. 04-11926 REK |
| *Plaintiff,* | ) ) ) | |
| vs. | ) ) | |
| **CADILLAC CITY, INC.,** a Massachusetts corporation, | ) ) ) | Judge Robert E. Keeton |
| *Defendant.* | ) ) ) | |

# JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE SCHEDULED FOR APRIL 26, 2005

Plaintiff General Motors ("GM") and defendant Cadillac City, Inc. jointly move this Court to continue the status conference currently scheduled for April 26, 2005 at 12:00 p.m. on the grounds that with the able assistance of Mediator Jeffrey Stern of Sugarman, Rogers, Barshak & Cohen the parties have made substantial progress in resolving this matter and believe that they have reached a settlement in principle.  The parties are working with the City of Cambridge and various financial institutions to transition to a new name for Defendant.  The City of Cambridge has scheduled a hearing for May 10, 2005 to consider Defendant's name change on Defendant's Dealer licenses.  Once and if approval is obtained from the City of Cambridge, the parties believe that they need at least an additional six weeks after the hearing on May 10, 2005 to finalize the settlement agreement.  Accordingly, the parties request that the Court reschedule the status conference at 12:00 p.m. on June 28, 2005 which the parties understand the Court has available.

Dated: *April 21, 2005*   *Gregory D. Phillips / with permission (EFG)*
HOWARD, PHILLIPS & ANDERSEN
Gregory D. Phillips
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 366-7471


BANNER & WITCOFF
Peter D. McDermott
28 State Street
28th Floor
Boston, MA 02109
Telephone: (617) 720-9600


*Of Counsel:*

CHARLES H. ELLERBROCK
**GENERAL MOTORS CORPORATION**
300 Renaissance Center
Detroit, Michigan 48265-3000
(313) 665-4709
*Attorneys for General Motors*


Dated:   _____
EDWARD GEORGE & ASSOCIATES
Edward F. George
110 Florence Street, 2nd Floor
P.O. Box 393
Malden, MA 02148
Tel. #: 781-322-7575
*Attorneys for Cadillac City, Inc.*

2