IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL MOTORS CORPORATION,<br>a Delaware corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>CADILLAC CITY, INC., a<br>Massachusetts corporation,<br><br>*Defendant.* | Civil Action No. 04-11926 REK<br><br><br><br><br><br>Judge Robert E. Keeton |

## GM's STATUS REPORT REGARDING SETTLEMENT

Plaintiff General Motors ("GM") hereby provides the Court with this status report regarding the progress of settlement in anticipation of the Status Conference scheduled for June 28, 2005 at 12:00 p.m.

1. The parties met for a mediation on March 3, 2005 with Jeffrey Stern of Sugarman, Rogers, Barshak & Cohen and "reached a settlement in principle" as acknowledged by both parties in the Joint Motion for Continuance of Status Conference Scheduled for April 26, 2005, as attached hereto as Exhibit A. As set forth in the Joint Motion attached hereto as Exhibit A, the settlement was contingent on the City of Cambridge permitting defendant Cadillac City, Inc. ("Defendant") to change its name on its Used Car Dealer Class II License to "City Motor Group, Inc." Once the approval was obtained, the parties agreed at the mediation to execute the Settlement Agreement and Consent Judgment discussed and negotiated at the mediation with the assistance of the mediator, Jeffrey Stern, Esq., who assisted the parties in drafting and agreeing upon the language of the Settlement Agreement and Consent Judgment.

2. Following the mediation, on or about March 29, 2005, GM circulated a draft Settlement Agreement and Consent Judgment reflecting what GM understood to be the language

that the parties had discussed and negotiated at the mediation with the mediator, Jeffrey Stern, Esq.

3. On or about April 5, 2005, Defendant filed Articles of Amendment with the Secretary of the Commonwealth by which Cadillac City, Inc. changed its corporate name to "City Motor Group, Inc." A copy of the Articles of Amendment is attached hereto as Exhibit B.

4. On or about May 18, 2005, the Cambridge City License Commission approved Defendant's application to amend the Used Car Dealer Class II License to change Defendant's corporate name to "City Motor Group." A copy of the May 18, 2005 letter from the Cambridge License Commission is attached hereto as Exhibit C.

5. GM understands that Defendant is working with its various financial institutions to transition to the name "City Motor Group, Inc." and that some of the financial institutions have no objection to the name change.

6. GM also understands that Defendant has not only changed its corporate name to "City Motor Group, Inc." and changed the name on its Cambridge City dealer licenses to "City Motor Group, Inc.," but Defendant is also currently in the process of contracting for new logos and signage, and has ordered new stationery, letterhead, and checks in the name of "City Motor Group."

7. Accordingly, GM believes and expects that Defendant should execute the Settlement Agreement and Consent Judgment that the parties negotiated and discussed at the mediation. GM understands that Defendant may request some non-substantive changes to the language in the Settlement Agreement and Consent Judgment.

8. GM also respectfully suggests that the Court may need to provide some encouragement to Defendant at the upcoming Status Conference to honor the "settlement in principle" that was reached at the mediation, and to execute the Settlement Agreement and

2

Consent Judgment. GM has learned that Defendant is attempting to renege on Defendant's agreement to transfer the Internet domain names CADILLACCITY.COM and CADCITY.COM, and is attempting to extract additional compensation from GM for the Internet domain names.

9.   At the mediation, GM made clear that GM had a corporate policy of not paying compensation to recover GM's intellectual property such as paying for the Internet domain names CADILLACCITY.COM and CADCITY.COM. In light of GM's corporate policy, the parties therefore agreed that in lieu of any compensation paid by GM to Defendant, GM would pay Defendant's share of the mediation expenses. Thus, GM paid Defendant's share of the mediation expenses in the amount of $2,095.00 which included the reimbursement of Defendant's retainer of $750.00. In other words, GM paid the entire cost of the mediation totaling $4,191.00. Attached hereto as Exhibit D is the March 4, 2005 letter from mediator Jeffrey Stern, Esq. This letter from Jeffrey Stern confirms the agreement discussed above – i.e., "the willingness of GM to cover the entire mediation fee, in lieu of any other financial claim [by Defendant]." This letter also confirms that the parties agreed upon a "revised draft agreement."

Dated: 24 June 2005

BANNER & WITCOFF
Peter D. McDermott
28 State Street
28th Floor
Boston, MA 02109
Telephone: (617) 720-9600

HOWARD, PHILLIPS & ANDERSEN
Gregory D. Phillips
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 366-7471
*Attorneys for General Motors*

## CERTIFICATE OF SERVICE

I, Peter D. McDermott., counsel for the Plaintiff, General Motors Corporation, hereby certify that service of a true copy of the foregoing **GM's STATUS REPORT REGARDING SETTLEMENT** has this day been made upon the Defendant, Cadillac City, Inc., by mailing copies thereof to its counsel of record, by first class mail, as follows:

Edward F. George, Jr., Esq.
EDWARD GEORGE & ASSOCIATES
110 Florence Street, 2nd Floor
Malden, MA 02148
Tel: 781-322-7575
Fax: 781-322-1555

Date: 24 June 2005

Case 1:04-cv-11926-REK    Document 29    Filed 06/24/2005    Page 5 of 16

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL MOTORS CORPORATION, ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CADILLAC CITY, INC., a ) <br> Massachusetts corporation, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 04-11926 REK <br><br><br><br><br><br><br><br> Judge Robert E. Keeton |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE SCHEDULED FOR APRIL 26, 2005

Plaintiff General Motors ("GM") and defendant Cadillac City, Inc. jointly move this Court to continue the status conference currently scheduled for April 26, 2005 at 12:00 p.m. on the grounds that with the able assistance of Mediator Jeffrey Stern of Sugarman, Rogers, Barshak & Cohen the parties have made substantial progress in resolving this matter and believe that they have reached a settlement in principle. The parties are working with the City of Cambridge and various financial institutions to transition to a new name for Defendant. The City of Cambridge has scheduled a hearing for May 10, 2005 to consider Defendant's name change on Defendant's Dealer licenses. Once and if approval is obtained from the City of Cambridge, the parties believe that they need at least an additional six weeks after the hearing on May 10, 2005 to finalize the settlement agreement. Accordingly, the parties request that the Court reschedule the status conference at 12:00 p.m. on June 28, 2005 which the parties understand the Court has available.

Dated: *April 2nd, 2005*    /Gregory D. Phillips/ with permission (EFG)
HOWARD, PHILLIPS & ANDERSEN
Gregory D. Phillips
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 366-7471


BANNER & WITCOFF
Peter D. McDermott
28 State Street
28th Floor
Boston, MA  02109
Telephone: (617) 720-9600


*Of Counsel:*

CHARLES H. ELLERBROCK
**GENERAL MOTORS CORPORATION**
300 Renaissance Center
Detroit, Michigan 48265-3000
(313) 665-4709
*Attorneys for General Motors*


Dated:         /Edward F. George/
EDWARD GEORGE & ASSOCIATES
Edward F. George
110 Florence Street, 2nd Floor
P.O. Box 393
Malden, MA  02148
Tel. #:  781-322-7575
*Attorneys for Cadillac City, Inc.*

2

Case 1:04-cv-11926-REK    Document 29    Filed 06/24/2005    Page 8 of 16

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Articles of Amendment
(General Laws Chapter 156D, Section 10.06; 950 CMR 113.34)

I hereby certify that upon examination of these articles of amendment, it appears that the provisions of the General Laws relative thereto have been complied with, and the filing fee in the amount of $_____ having been paid, said articles are deemed to have been filed with me this _____ day of _____, 20____, at _____ a.m./p.m.
                  *time*

Effective date: _____
        *(must be within 90 days of date submitted)*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

Filing fee: Minimum filing fee $100 per article amended, stock increases $100 per 100,000 shares, plus $100 for each additional 100,000 shares or any fraction thereof.

Examiner _____

Name approval _____

C _____

M _____

## TO BE FILLED IN BY CORPORATION
Contact Information:

Charles Karyanis

Cadillac City, Inc.
186 Monsignor O'Brien
Cambridge, MA  02141

Telephone: 617-547-0692    781-321-7575 GEUR ED

Email: charlie@cadillaccity.com

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor. If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

D
PC

# Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

04273596
021

## Articles of Amendment
(General Laws Chapter 156D, Section 10.06; 950 CMR 113.34)

(1) Exact name of corporation: __Cadillac City, Inc.__

(2) Registered office address: __186 Monsignor O'Brien Highway, Cambridge, MA 02141__
(number, street, city or town, state, zip code) *(See footnote below)

(3) These articles of amendment affect article(s): __Article One (1)__
(specify the number(s) of article(s) being amended (I-VI))

(4) Date adopted: __April 7, 2005__
(month, day, year)

(5) Approved by:

*(2) footnote: 186 Monsignor O'Brien Highway is the registered office address for 182 Monsignor O'Brien Highway and 184-186 Monsignor O'Brien Highway, Cambridge, MA 02141

(check appropriate box)

☐ the incorporators.

☐ the board of directors without shareholder approval and shareholder approval was not required.

☒ the board of directors and the shareholders in the manner required by law and the articles of organization.

(6) State the article number and the text of the amendment. Unless contained in the text of the amendment, state the provisions for implementing the exchange, reclassification or cancellation of issued shares.

Article 1.   The name by which the corporation shall be known is changed to: "City Motor Group, Inc."

4
P.C.

8/27/79

To change the number of shares and the par value,* if any, of any type, or to designate a class or series, of stock, or change a designation class or series of stock, which the corporation is authorized to issue, complete the following: Not applicable/no chang

Total authorized prior to amendment:

| WITHOUT PAR VALUE | | WITH PAR VALUE | | |
|---|---|---|---|---|
| TYPE | NUMBER OF SHARES | TYPE | NUMBER OF SHARES | PAR VALUE |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total authorized after amendment:

| WITHOUT PAR VALUE | | WITH PAR VALUE | | |
|---|---|---|---|---|
| TYPE | NUMBER OF SHARES | TYPE | NUMBER OF SHARES | PAR VALUE |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(7) The amendment shall be effective at the time and on the date approved by the Division, unless a later effective date not more than 90 days from the date and time of filing is specified Not applicable - effective as of date of approval by Division.

---

*G.L. Chapter 156D eliminates the concept of par value, however a corporation may specify par value in Article III. See G.L. Chapter 156D, Section 6.21, and the comments relative thereto.

Signed by: _____[signature]_____,
      Charles Karyanis   (*signature of authorized individual*)
- ☐ Chairman of the board of directors,
- ☒ President,
- ☐ Other officer,
- ☐ Court-appointed fiduciary,

on this ___7th___ day of ___April___, ___2005___.

Case 1:04-cv-11926-REK    Document 29    Filed 06/24/2005    Page 13 of 16



# CAMBRIDGE LICENSE COMMISSION
# CITY  OF  CAMBRIDGE

831 MASSACHUSETTS AVE., 1ST FLOOR, CAMBRIDGE, MASSACHUSETTS 02139 • TEL 349-6140

BENJAMIN C. BARNES
Chairman

CHIEF GERALD R. REARDON
Fire Department
Commission Member

May 18, 2005

CAPTAIN HENRY W. BREEN
Police Department
Commission Member

RICHARD V. SCALI
Commission Executive Officer

Michael Costello, Esq.
171 Third Street
Cambridge, MA 02141

RE:   Application to amend Used Car Dealer Class II license
      Cadillac City, Inc., 182 Msgr. O'Brien Highway
      Change Corporation name to City Motor Group

Dear Mr. Costello:

The License Commission has voted 2-0 to approve your application to amend the Used Car Dealer Class II license at 182 Msgr. O'Brien Highway for a change of the Corporation name to City Motor Group.

Please have your client pick up the amended license at the License Commission, 831 Massachusetts Avenue, Cambridge, MA 02139.

Sincerely,

Ellen Fitzgerald Watson
Executive Assistant

EFW:enl

Case 1:04-cv-11926-REK   Document 29   Filed 06/24/2005   Page 15 of 16

# SRBC

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

JEFFREY S. STERN
stern@srbc.com

*slip entered 2/28/05 80*

March 4, 2005

Gregory Phillips, Esquire
Howard, Phillips & Anderson
560 E. 200 South
Suite 300
Salt Lake City, UT 84102

Re: *General Motors Corp. v. Cadillac City, Inc.*

Dear Greg:

I very much appreciate the constructive efforts of all counsel and parties in the case, including the willingness of GM to cover the entire mediation fee, in lieu of any other financial claim. Accordingly, I am enclosing my bill for services to date. As you can see, it gives you a credit for your previously paid share. I will be reimbursing Ed what he had previously paid. Please call if you have any questions, and copy me in on the revised draft agreement. I hope you had a good flight back.

Sincerely,

[signature]

---

**HOWARD PHILLIPS AND ANDERSEN**   01-94
560 E. 200 S. STE 300
SALT LAKE CITY, UT 84102

9413
31-5/1240
8

Date April 5, 2005

Pay to the order of   Sugarman, Rogers, Barshak & Cohen   $ 4,191.00

Four Thousand One Hundred Ninety One Dollars and No Cents------------ Dollars

**ZIONS BANK**
Zions First National Bank
Seventh East Office 701 East 400 South
Salt Lake City, Utah 84102
www.zionsbank.com

For  GM/Cadillac City Mediation

⑈009413⑈ ⑆124000054⑆  008  13467  8⑈