UNITED STATES DISTRICT COURT
FOR THE DISTRICTOF MASSACHUSETTS

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,** a Delaware corporation <br><br> *Plaintiff,* <br><br> vs. <br><br> **CADILLAC CITY, INC.** a Massachusetts corporation, <br><br> *Defendant.* | CIVIL ACTION NO. <br><br> 04 CV 11926 REK |

### CITY MOTOR GROUP, INC.'S, F/K/A CADILLAC CITY, INC. STATUS REPORT REGARDING SETTLEMENT

It is true as GM alleges in its Status Report that the parties met for mediation on March 3, 2005 with Attorney Jeffrey Stern of Sugarman, Rogers, Barshak & Cohen. It is also true that the parties reached a **verbal** agreement on the major issues in this case, **but** the settlement was contingent upon two fundamental prerequisites: first, Cadillac City, Inc.'s ability to succeed in its attempts to change its name on its two (2) Used Car Dealers Licenses with the City of Cambridge to "City Motor Group" and second, Cadillac City, Inc.'s ability to succeed in obtaining approval for its corporate name change from its banks and the other funding sources through which Cadillac City, Inc. writes retail installment contracts and other loan documentation enabling its sales of used automobiles. Once, and only if, the said approvals were obtained, the parties agreed to draft and execute a settlement agreement.

GM's counsel circulated a written draft settlement agreement on March 29, 2005 which incorporated some but not all of the aspects of the parties understanding. Most importantly, it did not make any mention of the above two (2) contingencies. Counsel for Cadillac City, Inc. conferenced this matter by phone with counsel for GM on April 5,

2005 and responded by letter on April 21, 2005 stating that GM's draft did not make all of the other provisions contingent upon Cadillac City, Inc.'s success in obtaining the new dealer licenses and obtaining approval from its banks and funding sources for a name change. Counsel for Cadillac City, Inc. objected to certain other problems with GM's draft.

Nevertheless, as Cadillac City, Inc.'s counsel also stated in his letter of April 21, 2005 (copy attached as **Exhibit A** with enclosures thereto), Cadillac City, Inc. was proceeding in good faith to put the major elements of a settlement in place. Cadillac City, Inc. retained the services of Attorney Michael Costello of Ferriter & Costello, 171 Third Street, Cambridge, MA who is familiar with zoning and land use issues as they affect Cadillac City, Inc. as additional counsel.

Therefore, Cadillac City, Inc. proceeded on April 12, 2005 to file with the Massachusetts Secretary of State Articles of Amendment by which it sought to change its name to "City Motor Group, Inc." (see enclosures to **Exhibit A** above) and, through Attorney Costello, to file an application to amend its two (2) Used Car Dealer Class II licenses for the premises at 182 and 184-186 Monsignor O'Brien Highway in Cambridge (please see enclosures to **Exhibit A** above). As pointed out in the letter of April 21, 2005 (**Exhibit A**) the above described filings with the Secretary of State and the City of Cambridge were without prejudice to Cadillac City, Inc.'s rights to return to its original position with the name Cadillac City, Inc. in the event the approvals from the City of Cambridge and the banks were not obtained.

The hearing on Cadillac City, Inc.'s name change on its Used Car Dealer Class II licenses was held on May 10, 2005, and Cambridge License Commission issued its approval on May 18, 2005, a copy of which was sent by counsel for Cadillac City, Inc. to GM's counsel on May 25, 2005 (please see **Exhibit B** attached hereto).

As stated in the Joint Motion for Continuance of Status Conference filed with the Court on April 21, 2005, Cadillac City, Inc. has been working with its "various financial institutions to transition to a new name". To date, however, Cadillac City, Inc. has only succeeded in obtaining approval from one bank with whom it writes loan documentation for car sales for a name change to "City Motor Group, Inc.". The process of convincing the others is, according to Charles Karyanis, the principal of Cadillac City, Inc., long,

involved and in the end not likely to succeed with all of the other funding sources. This will, of course, likely result in loss of business.

Nevertheless, Cadillac City, Inc., even without the benefit of a comprehensive settlement agreement is pushing forward to complete its name change as a final accomplishment. Mr. Karyanis reports that he is in the process of contracting for completely new signage with the name "City Motor Group" having already removed the "Cadillac" script at the suggestion of the Court immediately following the very first hearing on this matter. Mr. Karyanis has also ordered new stationery, business cards and checks in the name of "City Motor Group, Inc.". He is in the process of changing the dealer plates and insurance to the new corporate name. He cannot and does not want to turn back to the use of the name "Cadillac" in any form. As pointed out in his various Affidavits filed herein, although he bought the business named "Cadillac City" in the 1970's and has used that name since 1980, he does not sell Cadillacs (or Cadillac parts) but primarily other high-end used automobiles (such as Lexus, Audi and BMW). There is no inherent value to his business in the alleged trade name "Cadillac City" – only as it has been an identifier since he purchased it in that name and used that name over thirty (30) years ago without intervention by GM.

Mr. Karyanis has registered and used for some time two (2) internet domain names: "cadillaccity.com" and "cadcity.com". He has, due to the foregoing voluntary transition, caused the "cadillaccity.com" website to "roll over" to a new domain name and website, namely "emotorgroup.com" and caused "cadcity.com" to roll over to "citymotorgroup.com". Much of Cadillac City, Inc.'s business is done over the internet. GM now wants Mr. Karyanis to turn over the "cadillaccity.com" and "cadcity.com" domain names to GM without any form of compensation, save for GM's promise made at mediation to pay the mediator's fee. City Motor Group, Inc., formerly known as Cadillac City, Inc., believes such a turn over will result in further lost business and is not equitable.

City Motor Group, Inc. f/k/a Cadillac City, Inc. respectfully suggests that this entire action should be dismissed subject to its completion of its transition to the use of the new name, and that it will sell the domain names to GM for a fair price, taking into

account its business losses and transition expenses, but not use them further except as "rollovers" to its new domain names as above.

Further, undersigned counsel states that he did review the draft status report received from GM's counsel on June 23, 2005 and responded to it in writing with substantial suggested changes on that date, but GM's counsel then stated on June 24, 2005 that GM would prefer to file its own separate Report.

Respectfully submitted,
CITY MOTOR GROUP, INC.
(f/k/a CADILLAC CITY, INC.

Dated: *June 27 2005*

By *Edward F. George*
Edward F. George, Jr., Esq. (BBO#189160)
its counsel
EDWARD GEORGE & ASSOCIATES
110 Florence Street, 2nd Floor
Malden, MA 02148
Telephone: (781) 322-7575

I certify that this Document has been served upon all Counsel of Record in Compliance with the F.R.C.P.

*Ed George 6/27/05*

# EDWARD GEORGE & ASSOCIATES
COUNSELLORS AT LAW
110 FLORENCE STREET, SECOND FLOOR
P.O. BOX 393
MALDEN, MASSACHUSETTS 02148
TEL (781) 322-7575
FAX (781) 322-1555
e.george@verizon.net

April 21, 2005

**VIA FACSIMILE ( 801-366-7706)**
**and U.S. Mail**

Gregory Phillips, Esq.
Howard, Phillips & Andersen
560 E. 200 South, Suite 300
Salt Lake City, Utah  84102

      Re:    **General Motors Corp. v. Cadillac City, Inc.**
              **US District Court for the District of Massachusetts**
              **C.A. No. 04-11926 REK**

Dear Greg:

      Pursuant to our phone conversation this afternoon, enclosed please find copies of the following:

1. Articles of Amendment filed with the Secretary of the Commonwealth on April 12, 2005 (after being filed and returned on April 5, 2005) by which Cadillac City, Inc. changed its name to City Motor Group, Inc. and

2. Two (2) letters both dated April 11, 2005 from the Cambridge License Commission addressed to Michael Costello, Esq. (Charlie's Cambridge Counsel) scheduling a hearing on May 10, 2005 on the Amendment of the Used Car Dealer Class II Licenses for 182 Monsignor O'Brien Highway and 184-186 Monsignor O'Brien Highway.

      Yesterday, I spoke with Attorney Mike Costello who is handling the Cambridge Licensing Applications for Cadillac City, Inc. He indicated that under the best case scenario the name change to City Motor Group, Inc. might be approved at the first hearing without requiring more procedural steps (such as a public forum). We should know more by May 11th as to whether this portion of Cadillac City's effort at transition will require substantially more time. However, even assuming that the name change is approved by Cambridge on May 10th, Charlie will still require additional time to work with his banks and indirect funding sources to determine whether they will allow him to change the name on his financial documents while retaining his current favorable credit extensions.

# EDWARD GEORGE & ASSOCIATES

Gregory Phillips, Esq.
Howard, Phillips & Andersen
April 21, 2005
Page Two

With regard to your last draft of the Settlement Agreement, it suffers from a number of problems the most acute being that it fundamentally does not make all the other provisions contingent upon Charlie's success in the area of the name change with the City of Cambridge and his banks and funding sources. There are other issues which we have with the Agreement, but I will address those in a subsequent letter to you shortly. It would seem to me that the critical issues at hand, however, are being addressed by my client in good faith.

The above filings described with the Secretary of the Commonwealth and the City of Cambridge are made without prejudice to my client's rights, whatever they were prior thereto, to return to his original position with the name Cadillac City, Inc. in the event that the necessary approvals for the use of the name City Motor Group, Inc. are not obtained, again as described above. In that case we can return to mediation or to court, but until then we want the mediator, Jeff Stern, left out of this process.

It is my understanding based on our conversation this afternoon and our telephone conference with Karen Folan, Judge Keeton's clerk, that you will draft a motion to extend the March 26th status conference to 12:00 noon on June 28, 2005.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

EDWARD GEORGE & ASSOCIATES

Edward F. George, Jr.

EFG/mea
Enclosures
cc:   Charles Karyanis (via fax)

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Articles of Amendment
(General Laws Chapter 156D, Section 10.06; 950 CMR 113.34)

I hereby certify that upon examination of these articles of amendment, it appears that the provisions of the General Laws relative thereto have been complied with, and the filing fee in the amount of $_____ having been paid, said articles are deemed to have been filed with me this _____ day of _____, 20____, at _____ a.m./p.m.
                                time

Effective date: _____
             (must be within 90 days of date submitted)

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

Filing fee: Minimum filing fee $100 per article amended, stock increases $100 per 100,000 shares, plus $100 for each additional 100,000 shares or any fraction thereof.

Examiner

Name approval

C

M

TO BE FILLED IN BY CORPORATION
Contact Information:

Charles Karyanis

Cadillac City, Inc.
186 Monsignor O'Brien

Cambridge, MA   02141

Telephone: 617-547-0692     781-321-7575 GEOR ED

Email: charlie@cadillaccity.com

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor. If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

D
PC

04273596
021

## Articles of Amendment
(General Laws Chapter 156D, Section 10.06; 950 CMR 113.34)

(1) Exact name of corporation: __Cadillac City, Inc.__

(2) Registered office address: __186 Monsignor O'Brien Highway, Cambridge, MA 02141__
(number, street, city or town, state, zip code) *(See footnote below

(3) These articles of amendment affect article(s): __Article One (1)__
(specify the number(s) of article(s) being amended (I-VI))

(4) Date adopted: __April 7, 2005__
(month, day, year)

*(2) footnote:  186 Monsignor O'Brien Highway
(5) Approved by:   is the registered office address for
                   182 Monsignor O'Brien Highway and
(check appropriate box)  184-186 Monsignor O'Brien Highway,
                   Cambridge, MA  02141

☐ the incorporators.

☐ the board of directors without shareholder approval and shareholder approval was not required.

☒ the board of directors and the shareholders in the manner required by law and the articles of organization.

(6) State the article number and the text of the amendment. Unless contained in the text of the amendment, state the provisions for implementing the exchange, reclassification or cancellation of issued shares.

Article 1.   The name by which the corporation
             shall be known is changed to:
             "City Motor Group, Inc."

4
P.C.

8/27/79

c155ds1006950c11

To change the number of shares and the par value, * if any, of any type, or to designate a class or series, of stock, or change a designation of class or series of stock, which the corporation is authorized to issue, complete the following: Not applicable/no change

Total authorized prior to amendment:

| WITHOUT PAR VALUE | | WITH PAR VALUE | | |
|---|---|---|---|---|
| TYPE | NUMBER OF SHARES | TYPE | NUMBER OF SHARES | PAR VALUE |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total authorized after amendment:

| WITHOUT PAR VALUE | | WITH PAR VALUE | | |
|---|---|---|---|---|
| TYPE | NUMBER OF SHARES | TYPE | NUMBER OF SHARES | PAR VALUE |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(7) The amendment shall be effective at the time and on the date approved by the Division, unless a later effective date not more than 90 days from the date and time of filing is specified: Not applicable - effective as of date of approval by Division.

---

*G.L. Chapter 156D eliminates the concept of par value, however a corporation may specify par value in Article III. See G.L. Chapter 156D, Section 6.21, and the comments relative thereto.

Signed by: _____,
    Charles Karyanis    *(signature of authorized individual)*
- ☐ Chairman of the board of directors,
- ☒ President,
- ☐ Other officer,
- ☐ Court-appointed fiduciary,

on this ___7th___ day of ___April___, __2005__



# CAMBRIDGE LICENSE COMMISSION
# CITY OF CAMBRIDGE

831 MASSACHUSETTS AVE., 1ST FLOOR, CAMBRIDGE, MASSACHUSETTS 02139 • TEL 349-6140

BENJAMIN C. BARNES
Chairman

CHIEF GERALD R. REARDON
Fire Department
Commission Member

CAPTAIN HENRY W. BREEN
Police Department
Commission Member

RICHARD V. SCALI
Commission Executive Officer

April 11, 2005

Michael Costello, Esq.
171 Third Street
Cambridge, MA 02141

RE: Application to amend Used Car Dealer Class II license
Cadillac City, Inc.
At 182 Msgr. O'Brien Highway
Change Corporate name to City Motor Group

Dear Mr. Costello:

The hearing on your application to amend your Used Car Dealer Class II license, as referenced above, at 182 Msgr. O'Brien Highway will be held on Tuesday evening, May 10, 2005 at six o'clock, in the Michael J. Lombardi Municipal Building, 831 Massachusetts Avenue, Cambridge, MA 02139.

Please submit a floor plan with the fifteen spaces and amended Articles of Organization to our office before the hearing date.

Please be sure to attend the hearing.

Sincerely,

Ellen Fitzgerald Watson
Executive Assistant

EFW:cnl

cc: Charles Karyanis, Cadillac City



# CAMBRIDGE LICENSE COMMISSION
# CITY  OF  CAMBRIDGE

831 MASSACHUSETTS AVE., 1ST FLOOR, CAMBRIDGE, MASSACHUSETTS 02139 • TEL 349-6140

BENJAMIN C. BARNES
Chairman

CHIEF GERALD R. REARDON
Fire Department
Commission Member

CAPTAIN HENRY W. BREEN
Police Department
Commission Member

RICHARD V. SCALI
Commission Executive Officer

April 11, 2005

Michael Costello, Esq.
171 Third Street
Cambridge, MA  02141

RE: Application to amend Used Car Dealer Class II license
Cadillac City, Inc.
At 184-186 Msgr. O'Brien Highway
Change Corporation name to City Motor Group

Dear Mr. Costello:

The hearing on your application to amend your Used Car Dealer Class II license, as referenced above, at 184-186 Msgr. O'Brien Highway will be held on Tuesday evening, May 10, 2005 at six o'clock, in the Michael J. Lombardi Municipal Building, 831 Massachusetts Avenue, Cambridge, MA  02139.

Please submit a floor plan with the twenty two spaces and amended Articles of Organization to our office before the hearing date.

Please be sure to attend the hearing.

Sincerely,

Ellen Fitzgerald Watson
Executive Assistant

EFW:enl

cc: Charles Karyanis, Cadillac City

# EDWARD GEORGE & ASSOCIATES
COUNSELLORS AT LAW
110 FLORENCE STREET, SECOND FLOOR
P.O. BOX 393
MALDEN, MASSACHUSETTS 02148
TEL (781) 322-7575
FAX (781) 322-1555
e.george@verizon.net

May 25, 2005

Gregory Phillips, Esq.
Howard, Phillips & Andersen
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102

    Re:    **General Motors Corp. v. Cadillac City, Inc.**
             **US District Court for the District of Massachusetts**
             **C.A. No. 04-11926 REK**

Dear Greg:

    Enclosed herewith please find a copy of the letter dated May 18, 2005 addressed to Michael Costello, Esq. from the Cambridge License Commission approving the Application to Amend the Used Car Dealer Class II License at 182 Msgr. O'Brien Highway for a change of the Corporation name to City Motor Group.

    Very truly yours,

    EDWARD GEORGE & ASSOCIATES

    Edward F. George, Jr.

EFG/mea
Enclosure
cc:    Charles Karyanis (w/copy of enclosure)



# CAMBRIDGE LICENSE COMMISSION
# CITY  OF  CAMBRIDGE

831 MASSACHUSETTS AVE., 1ST FLOOR, CAMBRIDGE, MASSACHUSETTS 02139 • TEL 349-6140

BENJAMIN C. BARNES
Chairman

CHIEF GERALD R. REARDON
Fire Department
Commission Member

May 18, 2005

CAPTAIN HENRY W. BREEN
Police Department
Commission Member

RICHARD V. SCALI
Commission Executive Officer

Michael Costello, Esq.
171 Third Street
Cambridge, MA  02141

RE:   Application to amend Used Car Dealer Class II license
      Cadillac City, Inc., 182 Msgr. O'Brien Highway
      Change Corporation name to City Motor Group

Dear Mr. Costello:

The License Commission has voted 2-0 to approve your application to amend the Used Car Dealer Class II license at 182 Msgr. O'Brien Highway for a change of the Corporation name to City Motor Group.

Please have your client pick up the amended license at the License Commission, 831 Massachusetts Avenue, Cambridge, MA  02139.

Sincerely,

Ellen Fitzgerald Watson
Executive Assistant

EFW:enl