# EDWARD GEORGE & ASSOCIATES
COUNSELLORS AT LAW
110 FLORENCE STREET, SECOND FLOOR
P.O. BOX 393
MALDEN, MASSACHUSETTS 02148
TEL (781) 322-7575
FAX (781) 322-1555
e.george@verizon.net

April 21, 2005

**VIA FACSIMILE ( 801-366-7706)**
**and U.S. Mail**

Gregory Phillips, Esq.
Howard, Phillips & Andersen
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102

> Re: General Motors Corp. v. Cadillac City, Inc.
> US District Court for the District of Massachusetts
> C.A. No. 04-11926 REK

Dear Greg:

Pursuant to our phone conversation this afternoon, enclosed please find copies of the following:

1. Articles of Amendment filed with the Secretary of the Commonwealth on April 12, 2005 (after being filed and returned on April 5, 2005) by which Cadillac City, Inc. changed its name to City Motor Group, Inc. and

2. Two (2) letters both dated April 11, 2005 from the Cambridge License Commission addressed to Michael Costello, Esq. (Charlie's Cambridge Counsel) scheduling a hearing on May 10, 2005 on the Amendment of the Used Car Dealer Class II Licenses for 182 Monsignor O'Brien Highway and 184-186 Monsignor O'Brien Highway.

Yesterday, I spoke with Attorney Mike Costello who is handling the Cambridge Licensing Applications for Cadillac City, Inc. He indicated that under the best case scenario the name change to City Motor Group, Inc. might be approved at the first hearing without requiring more procedural steps (such as a public forum). We should know more by May 11th as to whether this portion of Cadillac City's effort at transition will require substantially more time. However, even assuming that the name change is approved by Cambridge on May 10th, Charlie will still require additional time to work with his banks and indirect funding sources to determine whether they will allow him to change the name on his financial documents while retaining his current favorable credit extensions.

# EDWARD GEORGE & ASSOCIATES

Gregory Phillips, Esq.
Howard, Phillips & Andersen
April 21, 2005
Page Two

    With regard to your last draft of the Settlement Agreement, it suffers from a number of problems the most acute being that it fundamentally does not make all the other provisions contingent upon Charlie's success in the area of the name change with the City of Cambridge and his banks and funding sources. There are other issues which we have with the Agreement, but I will address those in a subsequent letter to you shortly. It would seem to me that the critical issues at hand, however, are being addressed by my client in good faith.

    The above filings described with the Secretary of the Commonwealth and the City of Cambridge are made without prejudice to my client's rights, whatever they were prior thereto, to return to his original position with the name Cadillac City, Inc. in the event that the necessary approvals for the use of the name City Motor Group, Inc. are not obtained, again as described above. In that case we can return to mediation or to court, but until then we want the mediator, Jeff Stern, left out of this process.

    It is my understanding based on our conversation this afternoon and our telephone conference with Karen Folan, Judge Keeton's clerk, that you will draft a motion to extend the March 26th status conference to 12:00 noon on June 28, 2005.

    Thank you for your courtesy and cooperation in this matter.

                       Very truly yours,

                       EDWARD GEORGE & ASSOCIATES

                       Edward F. George, Jr.

EFG/mea
Enclosures
cc:    Charles Karyanis (via fax)