# EDWARD GEORGE & ASSOCIATES
COUNSELLORS AT LAW
110 FLORENCE STREET, SECOND FLOOR
P.O. BOX 393
MALDEN, MASSACHUSETTS 02148
TEL (781) 322-7575
FAX (781) 322-1555
e.george@verizon.net

July 14, 2005

VIA FACSMILE ( 801-366-7706)
AND U.S. MAIL

Gregory Phillips, Esq.
Howard, Phillips & Andersen
560 E. 200 South, Suite 300
Salt Lake City, Utah  84102

    Re:    **General Motors Corp. v. Cadillac City, Inc.**
            **US District Court for the District of Massachusetts**
            **C.A. No. 04-11926 REK**

Dear Attorney Phillips:

    In accordance with Judge Robert E. Keeton's oral order from the bench at the status conference on June 28, 2005, I enclose herewith a list of Cadillac City's credit companies and banks consisting of ten (10) institutions. Included for each are the name, address and phone numbers.

                                      Very truly yours,

                                      EDWARD GEORGE & ASSOCIATES

                                      Edward F. George, Jr.

EFG/mea
Enclosures
cc:    Charles Karyanis

Chittenden Bank
110 Merchant's Row, 2nd floor
P.O. Box 6568
Rutland, VT 05702-6568
800-365-1030
Hours: M-F 8:00am-5:00pm
       Sat. 10:00am-4:00pm

Commonwealth Financial
855 Cambridge Street
Cambridge, MA 02141
Phone: 617-497-5653
       617-497-8018
Fax:   617-497-7225
T. free: 866-694-9965

Community Credit Union
One Andrew Street
Lynn, MA 01901
Phone: 781-598-0820
Fax:   781-593-3190

HSBC Auto Finance (EBAY)
5855 Copley Drive
San Diego, CA 92111
800-794-6310
800-418-1888
800-492-6200

Metropolitan Credit Union
200 Revere Beach Parkway
P.O. Box 9100
Chelsea, MA 02150-9100
Phone: 800-225-5908
Fax:   617-889-7754
App.fax: 617-889-1933

M&T Credit Services, LLC
One Fountain Plaza, 4th Floor
P.O. Box 4005
Buffalo, NY 14240-4005
Customer Service: 800-724-2440
Dealer Inquiries: 800-724-6450
John Silva: 401-529-0821
Fax Funding:  800-724-9833
Hours: M-F 8:00am- 9:00pm
       Sat.  8:00am- 5:00pm


Onyx Acceptance Corporation
17140 Bernardo Ctr. #200
San Diego, CA 92128
Dealer # 0191088
Phone: 858-676-3399


Rockland Trust
288 Union Street
Rockland, MA 02370
Phone: 508-946-8454
Fax:    800-433-6731
        508-946-8702
Dealer # 653
Hours: M-TH. 8:00am-6:00pm
       Friday 8:00am-5:00pm
       Sat.   11:00am-4:00pm


United Consumer Finance
150 West Grove Street
Middleboro, MA 02346
Phone: 508-923-0289
Fax:   508-946-4218
Contact: Scott

WFS Financial
1800 W. Park Drive, Ste 320
Westborough, MA 01581
Phone: 508-599-1000
Appl. Fax: 800-435-5996
Dealer# 36666

LAW OFFICES

# HOWARD, PHILLIPS & ANDERSEN

*A PROFESSIONAL CORPORATION*

GREGORY D. PHILLIPS
Direct Dial: (801) 366-7707
E-Mail: GDP@HPALAW.COM

560 East 200 South, Suite 300
Salt Lake City, UT 84102

Telephone: (801) 366-7471
Facsimile: (801) 366-7706

July 14, 2005

**VIA FACSIMILE (No. 781-322-1555)
AND U.S. MAIL**

Edward F. George, Jr., Esq.
Edward George & Associates
110 Florence Street, Second Floor
P.O. Box 393
Malden, MA  02148

    Re:    <u>General Motors v. Cadillac City, Case No. 04-11926 REK</u>

Dear Ed:

    We are in receipt of your letter of July 14, 2005 and the list of credit companies and banks. As you will recall, Judge Keeton ordered that your client provide a list of financial institutions so that GM could take the depositions of the persons who were allegedly telling your client that they would or would not provide financing to your client if he changes the name of his business to City Motor Group. Your client undoubtedly knows the names and addresses of the persons with whom he is dealing on this issue, and the names of the persons who have communicated to him the decision. Once this information was provided, GM would take the deposition of such persons to verify your client's statement. If GM were simply to serve subpoenas on the companies provided on the list, it might take several weeks for the companies to locate the person who is communicating with your client on this issue, and we will not be able to prepare for the hearing scheduled by Judge Keeton. We also believe that your client is attempting to thwart GM's ability to take the required depositions by failing to provide the names of the persons communicating with your client on this issue.

    In short, GM believes that the list provided by your client does not comply with Judge Keeton's Order in that it does not provide the name and address of the person at the financial institution who is dealing with your client on this issue. Please have your client provide the names and addresses of the persons at the financial institutions who are communicating with your client on this issue so that GM can take their depositions. We would appreciate your client providing such information as soon as possible, but in no event, no later than July 15, 2005, the date ordered by Judge Keeton.

    Thank you for your attention to this matter.

July 14, 2005
Page 2

Very truly yours,

Gregory D. Phillips

GDP
Charles H. Ellerbrock, Esq.

(.gp)

# EDWARD GEORGE & ASSOCIATES
COUNSELLORS AT LAW
110 FLORENCE STREET, SECOND FLOOR
P.O. BOX 393
MALDEN, MASSACHUSETTS 02148
TEL (781) 322-7575
FAX (781) 322-1555
e.george@verizon.net

July 15, 2005

VIA FACSMILE (801-366-7706)
AND U.S. MAIL

Gregory Phillips, Esq.
Howard, Phillips & Andersen
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102

    Re:    General Motors Corp. v. Cadillac City, Inc.
            US District Court for the District of Massachusetts
            C.A. No. 04-11926 REK

Dear Greg:

    I have your letter demanding to know the personal names of the people at each of Cadillac City's banks and financial institutions (credit companies).

    First of all, it is both my client's memory and mine that the Judge ordered us to reveal the names and addresses of Cadillac City, Inc.'s banks and financial institutions and we have done that with my letter to you yesterday. We also provided you with the telephone numbers for each, which Cadillac City, Inc. was not, to my memory, either asked by you or ordered by the Court to do. Nothing was said at Court about individual names of bank employees/representatives to the best of my memory. I do not have the transcript with the Judge's order. I have ordered it.

    Nevertheless, enclosed herewith is another copy of the list of ten (10) banks and financial institutions of Cadillac City, Inc. with personal contact names listed for each.

    These are not necessarily the names of the individuals at each of these institutions who would have the authority or the ability to respond to your proposed deposition subpoenas demanding to know the various financial institutions' rules, regulations, procedures or decisions relative to their willingness or unwillingness to provide credit and financing arrangements for a new company or new name of a company in the used car business, in particular, "City Motor Group, Inc.". They are merely the "front line"

**EDWARD GEORGE & ASSOCIATES**

Gregory Phillips, Esq.
Howard, Phillips & Andersen
July 15 2005
Page Two

contacts that Cadillac City, Inc. has. I must assume that the people with the most knowledge of such decisions (most likely bank officers or managers) would be susceptible to a 30(b)(6) type of deposition notice.

Mr. Karyanis states that the limited advice he has been given to date by several of the institutions listed were matters of institutional policy and not personal decisions of the bank representatives. As he told you when we were in Court, he has yet to get a commitment one way or the other from a number of them.

My client fully intends to comply with the order and believes he has clearly done so.

Very truly yours,

EDWARD GEORGE & ASSOCIATES

Edward F. George, Jr.

EFG/mea
Enclosures
cc:    Charles Karyanis

List of Credit Unions

Chittenden Bank
110 Merchant's Row, 2nd floor
P.O. Box 6568
Rutland, VT 05702-6568
800-365-1030
Hours: M-F 8:00am-5:00pm
       Sat. 10:00am-4:00pm

Ron Bower

Commonwealth Financial
855 Cambridge Street
Cambridge, MA 02141
Phone: 617-497-5653
       617-497-8018
Fax:   617-497-7225
T. free: 866-694-9965

Alexandre Araujo

Community Credit Union
One Andrew Street
Lynn, MA 01901
Phone: 781-598-0820
Fax.   781-593-3190

Megan or Diana

HSBC Auto Finance (EBAY)
5855 Copley Drive
San Diego, CA 92111
800-794-6310
800-418-1888
800-492-6200

Hugo

Metropolitan Credit Union
200 Revere Beach Parkway
P.O. Box 9100
Chelsea, MA 02150-9100
Phone: 800-225-5908
Fax:   617-889-7754
App.fax: 617-889-1933

Michael Maestri

Workers Credit Union    PAulA Stergile
815 Main Street
P.O. Box 900
Fitchburg, MA 01420
978-345-1021


Chase - Bank One
UACC
Auto Use

LAW OFFICES
# HOWARD, PHILLIPS & ANDERSEN
*A PROFESSIONAL CORPORATION*

GREGORY D. PHILLIPS  
Direct Dial: (801) 366-7707  
E-Mail: GDP@HPALAW.COM

560 East 200 South, Suite 300  
Salt Lake City, UT 84102

Telephone: (801) 366-7471  
Facsimile: (801) 366-7706

July 18, 2005

**VIA FACSIMILE (No. 781-322-1555)**  
**AND U.S. MAIL**

Edward F. George, Jr., Esq.  
Edward George & Associates  
110 Florence Street, Second Floor  
P.O. Box 393  
Malden, MA  02148

      Re:    General Motors v. Cadillac City, Case No. 04-11926 REK

Dear Ed:

      We received your fax of July 15, 2005.  The revised information that you have provided does not satisfy the Discovery Order issued by Judge Keeton; your assertions to the contrary are in error.

      Even as revised, the information is inadequate to allow GM to investigate your client's claims, first, because you did not identify the individual bank employees or agents who conveyed the policies at issue to your client.  Although Judge Keeton may not have explicitly directed your client to identify the individual or account representative with whom your client interacts at the institutions that you have identified, such information is readily available to your client and should have been provided.  Defendant's contention that the purported policies are institutional is not material in this regard—a specific individual must have related such institutional policies to your client.

      Second, the information is outdated and inaccurate.  In fact, our preliminary efforts to use the information leaves us with the growing impression that the information was furnished to GM in its present form as part of a deliberate effort to unnecessarily complicate the discovery process and increase GM's expenses.  Our preliminary investigation (which has not only failed to uncover any evidence supporting your client's claims, but affirmative contrary evidence) shows that the information is inaccurate and grossly outdated.  For example, M&T Credit Services, LLC has no account information on record for your client, and HSBC Auto Finance shows only an inactive account.

      By this letter, GM demands that Defendant comply with Judge Keeton's order by providing an updated and accurate credit list, which includes, for each creditor identified, the name of the specific individual Defendant contends has been communicating with Defendant

July 14, 2005
Page 2

regarding the purported credit policies at issue. If we have not received an updated and accurate list by the close of business on Friday, July 22, 2005, we will return to the Court and seek sanctions based on your bad faith conduct.

    Thank you for your attention to this matter.

                           Very truly yours,

                           Gregory D. Phillips

zd:GDP
Charles H. Ellerbrock, Esq.

(.gp)