IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,** a Delaware corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>**CADILLAC CITY, INC.,** a Massachusetts corporation,<br><br>*Defendant.* | Civil Action No. 04-11926 REK<br><br><br><br>**Judge Robert E. Keeton** |

## STIPULATED CONSENT JUDGMENT, PERMANENT INJUNCTION AND ORDER OF DISMISSAL

Plaintiff General Motors Corporation ("GM") and defendant Cadillac City, Inc., now known as City Motor Group, Inc. ("Defendant"), by and through their attorneys of record, he y agree and stipulate to the entry of the following Permanent Injunction and Order of Dismissa With Prejudice:

CONSENT JUDGMENT AND PERMANENT INJUNCTION

In entering into this Consent Judgment, the parties recognize that Defendant and its predecessors have been using the business name "Cadillac City" since at least the 1970's, ar that Defendant denies any wrongdoing and liability, and by entering into this Agreement do not admit to any liability but do so to avoid the cost of litigation and to resolve this matter amicably. Based upon the executed Settlement Agreement dated September 14, 2005 and tl stipulation of the parties, Defendant, its owners, shareholders, employees, agents, successor nd all persons in active concert or participation with them or any of them, shall be and are here ordered and permanently enjoined and restrained as follows:

1. From using in any way the business name "Cadillac City, Inc.," or from usir ny

GM trademarks, including CADILLAC®, the CADILLAC LOGO® in Cadillac's stylized script, the CADILLAC CREST®, and other GM trademarks registered with the United States Patent Trademark Office (hereinafter the "GM Marks").

2. Defendant shall change its use of the business name "Cadillac City, Inc." as follows:

**A. Use of Internet Domain Names.** Defendant shall cease all uses of Internet domain names that use or incorporate any variations of the GM Marks, including but not limited to, the domain names CADILLACCITY.COM and CADCITY.COM. Defendant shall transfer the domain names CADILLACCITY.COM and CADCITY to GM on or before September 2, 2005. Defendant shall disclose to GM's counsel on or before September 20, 2005 any other Internet domain names that Defendant has registered directly or indirectly using the GM Marks, or variations thereof, and will sign appropriate documents and will take all steps necessary to immediately transfer such names to GM. Defendant shall not in the future register and/or use any Internet domain names that use or incorporate any variations of the GM Marks.

**B. Use of Business Name.** Defendant shall discontinue all uses of the business name "Cadillac City, Inc." on or before December 31, 2005. On or before October 30, 2005 Defendant shall remove and/or modify all signage of any kind that uses the GM Marks. On before October 30, 2005, Defendant shall request in writing that all telephone directories, Internet directories, or other directories that contain any listings or advertisements for "Cadillac City, Inc." change their listings or advertisements to "City Motor Group, Inc." for their next regularly scheduled publication. Defendant shall change the name for its Cambridge City licensees, insurance, dealer licenses, bank accounts, and any other licenses or uses from "Cadillac City, Inc." to "City Motor Group, Inc". as they come up for renewal in the ordinary course of business provided that Defendant ceases from any and all uses of the business name "Cadillac City, Inc.' on or before December 31, 2005. Defendant shall not in the future use the GM Marks in its business name.

**C. Business Cards, Stationery, Brochures, etc.** Defendant shall no later than

2

September 30, 2005 shall destroy or turn over to counsel for GM for destruction all business cards, stationery, invoices, brochures, advertisements, and other documents or material using GM Marks except for bills of sale to be used for automobiles that are titled in the name of "Cadillac City." Nothing in this Consent Judgment shall preclude Defendant from endorsing checks made payable to "Cadillac City" over to "City Motor Group."

    D.    **Use of "Formerly Cadillac City" to Answer Telephone.** Defendant shall ce using the name "Cadillac City" to answer its telephone on or before September 15, 2005. G agrees that until December 31, 2005, Defendant may use the phrase "City Motor Group form y Cadillac City" to answer its telephones.

    3.    From knowingly facilitating, instructing, or assisting any other person or bus ss entity in engaging in or performing any of the activities enjoined or restrained in this Perma t Injunction.

    4.    This Court shall retain jurisdiction over this matter to enforce the terms of th Consent Judgment and Permanent Injunction.

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the agreement and stipulation of the parties, this matter is hereby dismi l with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 9/14/05

*Robert E Keeton*
Senior United States District Judge

3

**STIPULATED AND AGREED TO:**

Dated: _____

*[signature]*
EDWARD GEORGE & ASSOCIATES
Edward F. George
110 Florence Street, 2nd Floor
P.O. Box 393
Malden, MA 02148
*Attorneys for Cadillac City, Inc.*

Dated: 9/13/05

*[signature]*
HOWARD, PHILLIPS & ANDERSEN
Gregory D. Phillips
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 366-7471

BANNER & WITCOFF
Peter D. McDermott
28 State Street
28th Floor
Boston, MA 02109
Telephone: (617) 720-9600

***Of Counsel:***

CHARLES H. ELLERBROCK
**GENERAL MOTORS CORPORATION**
300 Renaissance Center
Detroit, Michigan 48265-3000
(313) 665-4709
*Attorneys for General Motors*